In the Matter of the Accounting of RAMON MOSTEIRO, as Sole Surviving Executor of JUAN A. LOPEZ, Deceased. ANTONIO R. FREIRE, as Ancillary Executor of CASIMIRO CALZA, Deceased, Respondent; CARMEN L. GARCIA, Individually and as Administratrix of the Estate of JUAN A. LOPEZ, Deceased, Appellant.

Submitted March 2, 1953; decided April 24, 1953.

738

*Jesse L. Rosenberg* and *Wesley S. Sawyer* for motion.
*Henry W. Fried* opposed.

Motion granted and appeal dismissed. [See 305 N. Y. 922.]